Commonwealth *v.* Dennis, Appellant.

714

Submitted March 19, 1973. *Dennis H. Eisman, Gerald A. Stein,* and *Needleman, Needleman, Tabb & Eisman,* for appellant; *Louis A. Perez, Jr.* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.